UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
AHEVILLE DIVISION
1:24-cv-195-MOC-DCK

| | |
|---|---|
| DAVID DEOPILOUS ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MICHELLE KING, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Voluntary Dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 9). Defendant does not oppose the motion.

**IT IS ORDERED** that Plaintiff's Motion for Voluntary Dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, (Doc. No. 9), is **GRANTED** and this matter is dismissed. The Clerk is instructed to terminate this action.

Signed: January 31, 2025

Max O. Cogburn Jr
United States District Judge